STATE OF NEBRASKA, APPELLEE, V. FRANCIS SCOTT MOORE, APPELLANT.
212 N. W. 2d 575
Filed November 23, 1973. No. 39106.

T. Clement Gaughan and Richard L. Goos, for appellant.

Clarence A. H. Meyer, Attorney General, and Harold Mosher, for appellee.

Heard before SPENCER, SMITH, NEWTON, and CLINTON, JJ., and MURPHY, District Judge.

CLINTON, J.

Defendant was serving a sentence of 5 to 10 years for burglary. He was granted a 12-hour furlough. He did not return and was apprehended several months later. He was charged with escape, waived jury trial, and found guilty by the court. This is his sixth felony conviction. Sentence of 1 year to be served consecutive to the term of the burglary was imposed. He argues it is excessive. It isn't.

AFFIRMED.